# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 4, 2007

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

132319

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

DARCY ALLEN HANSON,
      Defendant-Appellant.

SC: 132319
COA: 270022
Grand Traverse CC:
  05-009962-FH

_____/

      On order of the Court, the application for leave to appeal the September 1, 2006 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 4, 2007

_____
Clerk

d1218